CARL G. WOOSTER, Appellant, *v.* C. CHESTER DU MOND, as Commissioner of Agriculture and Markets of the State of New York, Defendant, and NEW YORK STATE GUERNSEY BREEDERS' CO-OPERATIVE, INC., Respondent.

Argued October 10, 1946; reargument ordered April 10, 1947.

*Rowland L. Davis* and *Joe Schapiro* for appellant.
*Irving G. Hubbs* and *Merritt A. Switzer* for respondent.

Reargument ordered during the first week of the May, 1947, session; this case to be reargued with Numbers 105 and 106, and counsel in all three cases are requested to consider the right of the appellant in each case to review the order of the Commissioner, whether in equity or under article 78 of the Civil Practice Act.